Juana Trejo
23331 El Toro Rd., #110
Lake Forest, CA 92630
Phone (949) 328-9441
Email: juanatrejo@sbcglobal.net



FILED
AUG 0 9 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

VIA USPS Two Day Priority Mail W/Delivery Confirmation

August 2, 2021

Clerk of the Court                                        21MC1143
US District Court, Southern District of California
333 W Broadway #420
San Diego, CA 92101

Re   Plaintiff: Dale Schian, Creditor Trustee of the PRM Family Holding Company, LLC
     Creditor Trust
     Judgment Creditor: Juana Trejo
     Defendant: Sunsation, Inc.

Dear Clerk:

I am the judgment creditor and assignee of record of the judgment entered in the above-entitled action appearing *pro se*. Enclosed please find an original and one copy of a certified Default Judgment, Certification of Judgment for Registration in Another District and Bankruptcy Trustee's Assignment of Judgment along with my check for $49. Please register the foreign judgment in the US District Court, District of California, record the Assignment of Judgment and return a file-stamped copy of both to me in the SASE.

Thank you for your assistance.

Yours truly,

Juana Trejo
Judgment creditor in *Pro Se*



Envelope:

**PRIORITY MAIL® FLAT RATE ENVELOPE**

From:
JUANA TREJO, Esq.
23331 EL TORO RD., SUITE # 110
LAKE FOREST, CA 92630

U.S. POSTAGE PAID
PM 2-Day
LAKE FOREST, CA 92630
AUG 03 '21
AMOUNT $7.95
R2304E104946-03

To:
Clerk of the Court
US District Court
333 W. Broadway #420
San Diego, CA 92101

RECEIVED
AUG 0 5 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA