UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dale Schian, et al. ) | Case Number: 3:21-mc-01143 |
| v. ) | |
| Sunsation, Inc. ) | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

State of California, County of San Diego

I, Brett H. Ramsaur hereby state under penalty of perjury that,

1. Judgment for $ 17,879.40 was entered on 08/10/21 in the docket of the above-entitled action in favor of (Date)

    Dale Schian, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust as Judgment Creditor, and against

    Sunsation, Inc.
    as Judgment Debtor

    *(If a registered Judgment, fill in below)*

    Said Judgment was registered herein under title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. 3:21-mc-01143 in the United States District Court for the Southern District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

*(OVER)*

::ODMA\PCDOCS\WORDPERFECT\14832\1 May 5, 1999 (10:33am)

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

3. ACCRUED since the entry of judgment are the following sums:

   $ 0.00    accrued interest, computed at    0.00 %
   (See note)

   $ 0.00    accrued costs

4. CREDIT must be given for payments and partial satisfactions in the total amount of:

   $ 0.00    which is to be first credited against the judgment as

   entered still remaining due and bearing interest at    0.08 % in the

   amount of $ 0.04    per day from this date.

   I declare under the penalty of perjury that the foregoing is true and correct.

   Executed at: Puyallup

   State of:    Washington    this    28th    date

   of    December    20 21    .

   _____
   (Signature)

NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. 1963 BEAR THE RATE OF INTEREST
        OF THE DISTRICT OF ORIGIN.

::ODMA\PCDOCS\WORDPERFECT\14832\1 May 5, 1999 (10:33am)