Brett H. Ramsaur, Bar No. 281566
RAMSAUR LAW OFFICE
27075 Cabot Road, Suite 110
Laguna Hills, CA 92653
Telephone:  949.200.9114
Facsimile:  949.222.3453
Email:  brett@ramsaurlaw.com

Attorneys for Assignee of Record
Juana Trejo

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE SCHIAN, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust,<br><br>Plaintiff,<br><br>v.<br><br>SUNSATION, INC.,<br><br>Defendant. | Case No. 3:21-mc-01143<br><br>**REQUEST AND ORDER FOR APPOINTMENT OF PROCESS SERVER** |

    Juana Trejo, as assignee of plaintiff and judgment creditor Dale Schian, Creditor Trustee of the PRM Family Holding Company L.L.C. Creditor Trust (collectively, "<u>Judgment Creditor</u>") hereby respectfully submits this request for an order appointing a registered California process server to serve any writ of execution in this action.

    The execution of a judgment is governed by Rule[1] 69(a) which requires that post-judgment enforcement proceedings must comply with California law. *Credit Suisse v. U.S. Dist. Ct. for the Central Dist. of Cal.*, 130 F.3d 1342, 1344 (9th Cir. 1997). Under California law, a registered process server may levy under a writ of

---

[1]    All Rule references are to the Federal Rules of Civil Procedure unless otherwise indicated.

execution on property specified in California Code of Civil Procedure section 699.080(a).

  Judgment Creditor believes there exists assets against which it may be able to pursue collection or judgment entered in this action and believes that service of any writs of execution by a registered California process server will effect substantial savings in time and travel fees of the U.S. Marshal, who shall remain the levying officer pursuant to California Code of Civil Procedure section 699.080.

  Nationwide Legal, LLC ("<u>Nationwide</u>") employs registered California process servers who: (1) are competent and not less than 18 years of age; (2) are not and will not be parties to this action; and (3) are duly registered in the counties in which the writ(s) of execution may be served, Nationwide is qualified to be appointed as the process server to serve any writ of execution in this action. Accordingly, Judgment Creditor respectfully requests that this Court enter an order to appoint Nationwide, a registered California process server, to serve any writ of execution in this action.

Dated: January 11, 2022      RAMSAUR LAW OFFICE

               By:/s/ Brett H. Ramsaur
                 Brett H. Ramsaur

               Attorneys for Assignee of Record
               Juana Trejo