**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DALE SCHIAN, Creditor Trustee of the PRM Family Holding Company, L.L.C. Creditor Trust,

Plaintiff,

v.

SUNSATION, INC.,

Defendant.

Case No. 3:21-MC-01143

**ORDER APPOINTING PROCESS SERVER**

The Court, having considered the Request and Order for Appointment of Process server filed by Juana Trejo, as assignee of plaintiff and judgment creditor Dale Schian, Creditor Trustee of the PRM Family Holding Company L.L.C. Creditor Trust (collectively, "Judgment Creditor"), and good cause appearing therefore, hereby orders as follows:

1. The Request is approved.

2. The Judgment Creditor may employ a registered private process server, specifically identified as Nationwide Legal, LLC, who employs California registered process servers over 18 years of age and of suitable discretion, and who is not a party to this action.

3. Nationwide Legal, LLC is authorized and appointed to serve any writ(s) of execution entered in this action.

Dated: January 19, 2022

Hon. Jill L. Burkhardt
United States Magistrate Judge