| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Brett H. Ramsaur, Esq. (SBN 281566)<br>Ramsaur Law Office<br>27075 Cabot Road, Suite 110<br>Laguna Hills, California 92653<br>Telephone No.: (949) 200-9114<br>Fax No.: (949) 222-3453<br>Attorney(s) for: Juana Trejo<br>Re: OC84853 mb | FILED<br>FEB 15 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: DALE SCHIAN, et al.
Defendant: SUNSATION, INC.

| PROOF OF SERVICE | HEARING DATE: | TIME: | LEVYING OFFICER FILE NO.: | CASE NUMBER:<br>3:21-mc-01143 |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

- NOTICE OF LEVY [ to person notified: **Endeavor Bank**– 750 "B" #3110, San Diego, CA 92653 / pertaining to: all accounts of the judgment debtor at Endeavor Bank / *noticed as:* Third Party ]
- WRIT OF EXECUTION
- MEMORANDUM OF GARNISHEE (Attachment-Enforcement of Judgment)

2. a. Name of Party served: Endeavor Bank

   b. Person with whom left with: Mondo Leon, Telller/ Authorized to Accept

   c. Address: 750 "B" #3110
   San Diego, California 92653

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on: 2/10/22     (2) at: 11:40 AM

4. I received this document(s) for service on (date): 2/7/22

Person serving:
Debra Sousa
NATIONWIDE LEGAL, LLC.
110 W. "C" St., #1211
San Diego, California 92653
(619) 232-7500

a. Fee for service $
b. ☐ Is not a Registered California Process Server
c. ☒ Is a Registered California Process Server
d. ☒ Employee or Independent Contractor
  (1) Registration No.: 3088
  (2) County: San Diego

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 11, 2022

*[signature: Debra Sousa]*

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE