| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | FOR COURT USE ONLY |
|---|---|
| Brett H. Ramsaur, Esq. (SBN 281566)<br>**Ramsaur Law Office**<br>27075 Cabot Road, Suite 110<br>Laguna Hills, California 92653<br>Telephone No.: (949) 200-9114<br>Fax No.: (949) 222-3453<br>Attorney(s) for: Juana Trejo<br>Ref: OC84856 mb | FILED<br>FEB 15 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY __ DEPUTY |

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: DALE SCHIAN, et al.
Defendant: SUNSATION, INC

| PROOF OF MAILING | HEARING DATE: | TIME: | LEVYING OFFICER FILE NO.: | CASE NUMBER:<br>3:21-mc-01143 |
|---|---|---|---|---|

[Re: Sunsation, Inc. ]

At the time of mailing, I was at least 18 years of age and not a party to this action

I mailed copies of the following documents:

- NOTICE OF LEVY [ to person notified: **Sunsation, Inc.**– 100 S. Cambridge Ave., Claremont, CA 91711 / pertaining to: all accounts of the judgment debtor at Endeavor Bank / **notice as: a judgement debtor**
- WRIT OF EXECUTION
- EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS
- CLAIM OF EXEMPTION (Enforcement of Judgment)
- CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS
- FINANCIAL STATEMENT (Wage Garnishment-Enforcement of Judgment)

Addressed as follows:

Sunsation, Inc
100 S. Cambridge Ave.
Claremont, CA 91711

Date: *** February 10, 2022 ***

Place: *** San Diego, California 92101 ***

Type of Mailing: U.S. First Class Mail

Person serving:
Debra Sousa
NATIONWIDE LEGAL, LLC.
110 W. "C" St., #1211
San Diego, California 92101
(619) 232-7500

a. Fee for service $
b. ☐ Is not a Registered California Process Server
c. ☒ Is a Registered California Process Serve
d. ☒ Employee or Inde[n]dent Contractor
   (1) Registration No.: 3088
   (2) County: San Diego

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 11, 2022

*(signed) Debra Sousa*

Rule 982(a)(23) Judicial Council of California

**PROOF OF MAILING**